FILED
JAMES BONINI
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2011 MAY 18 AM 11:37

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | | Case No. 2:11-cr-128 |
| Plaintiff, | : | |
| | | Judge GRAHAM |
| vs. | : | |
| | | |
| (1) JASON R. CAINES, | : | |
| (2) CARRIE A. KIGHT, | | 21 U.S.C. § 846 |
| (3) RICHARD E. CLARK, JR., | : | |
| (4) JERRY A. DEARWESTER, | | |
| (5) GREGORY A. FORBY, | : | |
| (6) WALTER EUGENE KING, | | |
| (7) FRANKLIN D. LONAS, JR. | : | |
| (8) JOHN P. HIKE, JR., | | |
| (9) BENJAMIN F. HENSON, | : | |
| (10) NICHOLAS DOUGLAS MURRAY, | | |
| (11) MONTY L. SHELTON, | : | |
| (12) JON S. LAWSON, | | |
| (13) JEANA L. MARCUM, | : | |
| (14) WILLIAM P. DEEM, JR., and | | |
| (15) MARCUS H. VIRGIN, | : | |
| | | |
| Defendants. | : | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

1. Beginning on or about October 27, 2009, and continuing to and including January 14, 2011, in the Southern District of Ohio, and elsewhere, the defendants, JASON R. CAINES, CARRIE A. KIGHT, RICHARD E. CLARK, JR., JERRY A. DEARWESTER, GREGORY A.

1

FORBY, WALTER EUGENE KING, FRANKLIN D. LONAS, JR., JOHN P. HIKE, JR., BENJAMIN F. HENSON, NICHOLAS DOUGLAS MURRAY, MONTY L. SHELTON, JON S. LAWSON, JEANA L. MARCUM, WILLIAM P. DEEM, JR., and MARCUS H. VIRGIN, and others known and unknown to the grand jury, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and with others, to distribute and to possess with the intent to distribute Oxycodone, a Schedule II controlled substance. in violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(C).

2. It was part of this conspiracy that defendants, JASON R. CAINES, CARRIE A. KIGHT, RICHARD E. CLARK, JR., JERRY A. DEARWESTER, GREGORY A. FORBY, WALTER EUGENE KING, FRANKLIN D. LONAS, JR., JOHN P. HIKE, JR., BENJAMIN F. HENSON, NICHOLAS DOUGLAS MURRAY, MONTY L. SHELTON, JON S. LAWSON, JEANA L. MARCUM, WILLIAM P. DEEM, JR., and MARCUS H. VIRGIN, would travel from Ohio to Florida in groups of two or more, stay together in hotels, visit one or more pain clinics on each visit and obtain one or more prescriptions for pills containing oxycodone.

3. It was further part of the conspiracy that defendants, JASON R. CAINES, CARRIE A. KIGHT, RICHARD E. CLARK, JR., JERRY A. DEARWESTER, GREGORY A. FORBY, WALTER EUGENE KING, FRANKLIN D. LONAS, JR., JOHN P. HIKE, JR., BENJAMIN F. HENSON, NICHOLAS DOUGLAS MURRAY, MONTY L. SHELTON, JON S. LAWSON, JEANA L. MARCUM, WILLIAM P. DEEM, JR., and MARCUS H. VIRGIN, would each fill his or her prescription for pills containing oxycodone in Florida and participate in shipping the pills back to Ohio using the United States mail directly or indirectly to the unnamed co-conspirator, known to the Grand Jury, who had financed the trip, the doctor visits, the hotel, and

2

the cost of the prescriptions, knowing that the unnamed co-conspirator would distribute and sell the pills containing oxycodone in the central Ohio area.

4.  It was further part of the conspiracy that defendants JASON R. CAINES, CARRIE A. KIGHT, RICHARD E. CLARK, JR., JERRY A. DEARWESTER, GREGORY A. FORBY, WALTER EUGENE KING, FRANKLIN D. LONAS, JR., JOHN P. HIKE, JR., BENJAMIN F. HENSON, NICHOLAS DOUGLAS MURRAY, MONTY L. SHELTON, JON S. LAWSON, JEANA L. MARCUM, WILLIAM P. DEEM, JR., and MARCUS H. VIRGIN, would each receive payment in either cash or pills or both for making the trip to Florida and giving the pills containing oxycodone to the unnamed co-conspirator, known to the Grand Jury.

All in violation of 21 U.S.C. § 846.

A True Bill.

S/FOREPERSON
Foreperson

CARTER M. STEWART
United States Attorney

ROBERT C. BRICHLER
Chief,
Organized Crime Drug Enforcement Task Force

3